**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-6540**

_____

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

GERALD DAMONE HOPPER,

               Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Max O. Cogburn, Jr., District Judge.  (3:95-cr-00119-TAW-1)

_____

Submitted:  June 19, 2014          Decided:  June 23, 2014

_____

Before NIEMEYER, MOTZ, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Gerald Damone Hopper, Appellant Pro Se.  Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gerald Damone Hopper appeals the district court's orders denying his "Motion for Access to Judicial Documents" and motion to reconsider. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Hopper, No. 3:95-cr-00119-TAW-1 (W.D.N.C. Mar. 7, 2014; Mar. 24, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED